# JONES DAY

600 BRICKELL AVENUE • BRICKELL WORLD PLAZA • SUITE 3300 • MIAMI, FLORIDA 33131
TELEPHONE: +1.305.714.9700 • JONESDAY.COM

DIRECT NUMBER: (305) 714-9722
TLCHASE@JONESDAY.COM

September 18, 2023

VIA ECF

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street, Room 2550
New York, New York 10007

*Extension granted.*
*Conference adjourned.*
*9/19/2023*
*[signed] Colleen McMahon*

Re:   O'Donnell v. Memorial Sloan Kettering, 1:23-cv-03270

Dear Judge McMahon:

The Parties in the above-referenced action write jointly (pursuant to Paragraph 1.D of your Individual Rules) to request an adjournment of the initial pretrial conference currently scheduled for September 21, 2023 at 10:00 a.m. This is the second request for an adjournment of the initial pretrial conference in this matter. Defendant had previously requested, and was granted, an adjournment of the initial pretrial conference; a request to which Plaintiff consented. The Parties request this adjournment in the interests of judicial economy in light of the mediation with mediator Eric Wiechmann scheduled on Monday, October 23, 2023 at 10:00 a.m. The Parties propose adjourning the pretrial conference to a date after the mediation. As no Case Management Plan or Scheduling Order is currently in effect, the requested adjournment does not affect any scheduled dates. The Parties further propose extending any and all deadlines, including, but not limited to, deadlines for filing of the Civil Case Management Plan, and exchanging the discovery required under FRCP 26(a) and under the Pilot Discovery Protocols for Counseled Employment Cases, until after the mediation takes place.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/2023
```

AMSTERDAM • ATLANTA • BEIJING • BOSTON • BRISBANE • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DETROIT
DUBAI • DÜSSELDORF • FRANKFURT • HONG KONG • HOUSTON • IRVINE • LONDON • LOS ANGELES • MADRID • MELBOURNE
MEXICO CITY • MIAMI • MILAN • MINNEAPOLIS • MUNICH • NEW YORK • PARIS • PERTH • PITTSBURGH • SAN DIEGO • SAN FRANCISCO
SÃO PAULO • SAUDI ARABIA • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

The Honorable Colleen McMahon
September 18, 2023
Page 2

Very truly yours,

s/ Terri L. Chase

Terri L. Chase
Counsel for Defendant

s/ Sheldon Karasik

Sheldon Karasik
Counsel for Plaintiff